1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11

FRANCISCO SALCIDO,

Case No. EDCV 16-00145-CJC (GJS)

12

Petitioner

13

v.

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

14

W.L. MONTGOMERY,

15

Respondent.

16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition ("Petition"),

18    all pleadings and other documents filed in this action, and the Report and

19    Recommendation of United States Magistrate Judge ("Report").  The time for filing

20    Objections to the Report has passed, and no Objections have been filed with the

21    Court.

22          Having completed its review, the Court accepts the findings and

23    recommendations set forth in the Report.  Accordingly, **IT IS ORDERED** that: (1)

24    the Petition is DENIED; and (2) Judgment shall be entered dismissing this action

25    with prejudice.

26

27    DATE: August 29, 2017          _____

28                                          CORMAC J. CARNEY
                                            UNITED STATES DISTRICT JUDGE