**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SALCIDO,<br>　　　Petitioner<br>　　　v.<br>W.L. MONTGOMERY,<br>　　　Respondent. | Case No. EDCV 16-00145-CJC (GJS)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: August 29, 2017　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE